IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIST ALEXANDER HANNA,

      Petitioner,                     No. CIV S-05-1697 GEB DAD P

      vs.

AIRPORT SUPERIOR COURT
JUDGE KATHERINE MADER,

      Respondent.                  ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus on a state habeas petition form. Petitioner has not paid the required filing fee or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a).

      Petitioner is presently incarcerated at California Men's Colony in San Luis Obispo County. He is serving a sentence for a judgment of conviction entered in 2003 by the Los Angeles County Superior Court in the West District, Airport Courthouse.

      The rule with regard to federal habeas petitions is that both the United States District Court for the district where the petitioner was convicted and the District Court for the district where the petitioner is in custody have concurrent jurisdiction over the petitioner's claims. 28 U.S.C. § 2241(d). The district court for the district in which a petition is filed may, in the exercise of its discretion and in the furtherance of justice, transfer the petition to the proper

1

1  district court for hearing and determination.  <u>Id.</u>  In the present case, both the county in which
2  petitioner was convicted and the county in which he is confined are located within the judicial
3  district known as the Central District of California.  28 U.S.C. § 84(c)(2).  In the furtherance of
4  justice, this court will exercise its discretion to transfer this action to the United States District
5  Court for the Central District of California.

6        In accordance with the above, IT IS HEREBY ORDERED that this action is
7  transferred to the United States District Court for the Central District of California for all further
8  proceedings.

9  DATED: August 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12  DAD:13
hann1697.108

2